IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LENORRIS PARKER,

    Petitioner,

v.                                                                                          4:12cv584-WS

MICHAEL D. CREWS, Secretary
of Florida Department of
Corrections,

    Respondent.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed January 27, 2014.  See Doc. 21.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed as untimely.  The petitioner has filed objections (doc. 22) to the magistrate judge's report and recommendation.

Upon review of the record in light of the petitioner's objections, the court has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 21) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion to dismiss (doc. 17) is GRANTED.

3. The petitioner's petition for writ of habeas corpus (doc. 1) is DISMISSED as untimely.

4. The clerk shall enter judgment stating: "All claims are dismissed as untimely."

5. A certificate of appealability and leave to appeal in forma pauperis are DENIED for the reasons stated in the magistrate judge's report and recommendation.

DONE AND ORDERED this  7th  day of  March , 2014.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE